THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY JOHNSON, Appellant, v. Dr. WALTER B. MARTIN, as Warden of Clinton Prison at Dannemora, N. Y., Respondent.— Application for leave to appeal as a poor person granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of JAMES V. MATESSA, Appellant, Respondent, against THE PENNSYLVANIA RAILROAD COMPANY, Respondent, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion by employer to dismiss claimant's appeal. The decision of the State Industrial Board was dated July 27, 1940, but it does not appear when it was actually served. Claimant's attorney received a copy by mail on August 1, 1940, and presumably it was mailed a day or two before. Such service did not become complete until three days later. (Civ. Prac. Act, § 164.) Notice of appeal was served August 21, 1940, and thus was timely. Motion denied, without costs. Motion by claimant to dismiss appeals taken by self-insured employer. The first appeal was taken on February 26, 1940, from an award as made by a referee on February 7, 1940. The second appeal was taken on August 12, 1940, from a decision of the State Industrial Board, dated July 27, 1940, affirming the award as made by the referee. Both appeals were timely and properly taken under the circumstances disclosed. Motion denied, without costs. Decision previously rendered in this matter [not reported] is vacated and set aside. Present — Crapser, Acting P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of ELLA PENFIELD, Appellant, against LAND ESTATES, INC., and STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to prosecute appeal on typewritten record and brief granted. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARSHALL QUINLIVAN, Appellant.— Motion to dismiss appeal denied. This court directs that the county clerk of Saratoga county obtain a transcription of the stenographic minutes and furnish a copy to the defendant. If the respective attorneys are unable to agree on the contents of the case, a motion is to be made at the first term of this court following the transcription of the minutes for the settlement. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH ROSS, Appellant, v. JOSEPH H. WILSON, as Warden of Great Meadow Prison, Respondent.— Application for leave to withdraw appeal granted. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of DOROTHY CORNELIUS O'KEEFE, Respondent, against A. FRIEDERICH & SON and STATE INSURANCE FUND, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Liability for Unemployment Insurance Contributions under Article 18 of the Labor Law of CLARENCE SCOTT, Individually, and CLARENCE SCOTT & COMPANY, Appellants. FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— Decision handed down October 31, 1940 [ante, p. 428], amended so as to read as follows: Decision affirmed, without costs. Opinion by Bliss, J. Hill, P. J., Crapser and Schenck, JJ., concur; Heffernan, J., dissents, with an opinion.' Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.